1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  LINDA C. HARTER, #179741
   Chief Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorneys for Defendant
6  TRACY N. BEASLEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:12-CR-00034-GGH |
| Plaintiff, | |
| v. | STIPULATION ORDER TO CONTINUE DEADLINES TO FILE MOTIONS IN LIMINE |
| TRACY N. BEASLEY, | |
| Defendant. | Date: May 21, 2012<br>Time: 9:00 a.m.<br>Judge: Hon. Gregory G. Hollows |

The United States Attorney through his respective counsel, JUSTIN LEE, Special Assistant United States Attorney, and LINDA C. HARTER, Attorney for TRACY N. BEASLEY, hereby stipulate to continue the deadlines to file and respond to motions in limine.

Currently, defense motions in limine are due to be filed with the court on May 7, 2012, with responses due by the government on May 14, 2012. Linda Harter, attorney for Ms. Beasley, has been seriously and unexpectedly ill for the last week, and is therefore unable to file motions in limine on May 7, 2012 as requested by the Court.

Accordingly, the parties jointly request that the deadline for defense counsel to file motions in limine be continued to May 9, 2012,

and the deadline for the government to respond be continued to May 16, 2012.

Dated: May 7, 2012                    Respectfully submitted,

DANIEL BRODERICK
Federal Defender

/s/ Linda C. Harter
LINDA C. HARTER
Assistant Federal Defender
Attorney for TRACY N. BEASLEY

Dated: May 7, 2012                    BENJAMIN B. WAGNER
United States Attorney

/s/ Justin Lee
JUSTIN LEE
Special Assistant U.S. Attorney

O R D E R

**IT IS SO ORDERED.**

DATED: May 8, 2012

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE