BENJAMIN B. WAGNER
United States Attorney
JUSTIN L. LEE
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:12-CR-00034-GGH |
| | ) | |
| Plaintiff, | ) | ORDER OF DISMISSAL |
| | ) | |
| v. | ) | |
| | ) | |
| TRACY N. BEASLEY, | ) | |
| | ) | |
| Defendant. | ) | |

It is hereby Ordered that the plaintiff United States of America's Motion to Dismiss the above captioned matter is GRANTED.

IT IS SO ORDERED.

Dated: June 1, 2012

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE